# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § Case No. 12-33328-JBS
§
MARIANNA A KULIKOVA §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/29/2013, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/02/2013           By:   /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-33328-JBS |
| | § | |
| MARIANNA A KULIKOVA | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $3,904.00
*and approved disbursements of* $1,414.10
*leaving a balance on hand of[1]:* $2,489.90

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,489.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $624.00 | $0.00 | $624.00 |
| David P. Leibowitz, Trustee Expenses | $1.58 | $0.00 | $1.58 |

Total to be paid for chapter 7 administrative expenses: $625.58
Remaining balance: $1,864.32

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,864.32

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,864.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,196.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | $4,916.44 | $0.00 | $1,764.00 |
| 2 | Capital Recovery V, LLC/ Old Navy | $279.61 | $0.00 | $100.32 |

|  | Total to be paid to timely general unsecured claims: | $1,864.32 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 12-33328-JBS
Marianna A Kulikova                                             Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ccabrales             Page 1 of 2              Date Rcvd: Aug 05, 2013
                               Form ID: pdf006             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2013.
db          +Marianna A Kulikova,    2742 Hampton Parkway Apt. J2,    Evanston, IL 60201-1643
20320094     American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
              Oklahoma City, OK  73124-8866
19346656    +Blatt HASENMILLER,    125 S WACKER DR #400,   Chicago, IL 60606-4440
19346657    +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
19346658    +Fifth Third Bank,   PO Box 740778,   Cincinnati, OH 45274-0778
19473874    +Fifth Third Mortgage Company,    C/O,   Pierce & Associates,    1 N. Dearborn Ste 1300,
              Chicago, IL 60602-4373
19346659    +Nationwide Credit Inc,   PO Box 26314,    Lehigh Valley, PA 18002-6314
19346660    +Northshore University Heathsystem,    c/o Pinnacle Management Services,    514 Market Loop, Ste 103,
              Dundee, IL 60118-2181
19346661    +Northshore Univesity HealthSystem,    9532 Eagle Way,   Chicago, IL 60678-1095
20777816    +PNC Bank,   P.O. Box 94982,   Cleveland, OH 44101-4982
19346664    +PNC Bank Mortgage,   3232 Newark Dr,    Miamisburg, OH 45342-5433
19346663    +Pierce & Associates,   1 N Dearborn,    Chicago, IL 60602-4373
19346666    +Target,   PO Box 660170,   Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20087329     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2013 02:24:20
              American InfoSource LP as agent for,    Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
20459450     E-mail/PDF: rmscedi@recoverycorp.com Aug 06 2013 02:23:45     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19346662    +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2013 02:18:05     Old Navy,   PO Box 530942,
              Atlanta, GA 30353-0942
19346665    +E-mail/Text: bknoticing@grantweber.com Aug 06 2013 02:54:21     St Francis Hospital,
              c/o Grant & Weber Inc,   861 Coronado Center Dr, Ste 211,    Henderson, NV 89052-3992
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                  Date Rcvd: Aug 05, 2013
                              Form ID: pdf006              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2013 at the address(es) listed below:
          Andrew J Nelson   on behalf of Creditor   Fifth Third Mortgage Company anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          David H Cutler   on behalf of Debtor Marianna A Kulikova cutlerfilings@gmail.com
          David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Toni  Dillon   on behalf of Creditor   Fifth Third Mortgage Company tdillon@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                                                     TOTAL: 5